IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 17-CR-30153-DRH |
| Plaintiff, | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1) & 924(a)(2) |
| vs. | ) | |
| | ) | Title 26, United States Code, |
| LEE E. NICHOLS, | ) | Section 5872 |
| | ) | |
| | ) | Title 28, United States Code, |
| Defendant. | ) | Section 2461(c) |

FILED
SEP 0 6 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
(Felon in Possession of a Firearm)

On July 16, 2017, in Monroe County, within the Southern District of Illinois,

**LEE E. NICHOLS,**

defendant herein, having previously been convicted on February 10, 2015, of a felony punishable by a term of imprisonment exceeding one year, namely, Unlawful Possession of a Weapon By a Felon, in Case No. 2014-CF-670, in St. Clair County, Illinois, did knowingly possess, in and affecting commerce, a firearm, to wit: a Colt 22 short pistol, bearing serial number 18874; all in violation of Title 18, United States Code, Section 922(g)(1), and 924(a)(2).

### FORFEITURE ALLEGATION
(Forfeiture of Firearm)

Upon conviction of the offense charged in Count 1 of this Indictment, Defendant **LEE E. NICHOLS,** shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offense described in Count 1 of this Indictment, including, but not limited, to the following: a Colt 22 short pistol, bearing serial number 18874.

_Robert Garrison_ (signature)
ROBERT L. GARRISON
Assistant United States Attorney

_Donald Boyce_ (signature)
DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention.

A TRUE BILL

FOREPERSON