# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>LEE E. NICHOLS,<br>*Defendant* | Case Number: 17-CR-30153-DRH |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LEE E. NICHOLS ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☒ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Possession of a Firearm by a Felon in violation of 18:922(g)(1) and 924(a)(2)
Count 2: Possession of Methamphetamine in violation of 21:844(a)

Date: July 11, 2018

*Issuing officer's signature*

City and state: Benton, IL

JUSTINE FLANAGAN, Acting Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)