IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

    **Plaintiff,**

v.

**LEE NICHOLS,**

    **Defendant.**                                           No. 17-cr-30153-DRH

## ORDER

**HERNDON, District Judge**:

Now before the Court is defendant's motion to continue trial (doc. 47). Due to a superceding indictment, defendant needs more time to properly prepare for trial. The government does not object to a continuance of the trial. The Court being fully advised in the premises finds that defendant needs additional time to prepare for trial. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** defendant's motion to continue trial (doc. 47). The Court **CONTINUES** the jury trial scheduled for July 30, 2018 to **November 5, 2018, at 9:00 a.m.** The time from the date the original motion was filed, July 23, 2018, until the date to which the trial is rescheduled, November 5, 2018, is

1

excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Judge Herndon
2018.07.24
10:18:16 -05'00'

**United States District Court**