IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 17-CR-30153-SMY |
| | ) | |
| LEE E. NICHOLS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Christopher Hoell, Assistant United States Attorney for said District, herewith enters into the following Stipulation of Facts with the defendant,

1. On June 21, 2017, Officer Patrick Hulsey with the Dupo Police Department attempted to pull over a Chevy Corvette driven by Defendant Lee Nichols for driving with only its fog lamps on.

2. After a pursuit during which Officer Hulsey reached speeds of 110 mph, he terminated the pursuit on I-255 South at the Jefferson Barracks Bridge.

3. On the evening of July 16, 2017, an off-duty Dupo police officer observed Defendant at the Topshooters bar in Columbia, Illinois. Officer Hulsey and other Dupo police officers responded to Topshooters.

4. The Dupo officers arrested Defendant as he exited the bar for the offenses of Aggravated Fleeing, Reckless Driving, and various traffic offenses related to the June 21, 2017 high-speed pursuit.

5. During a search incident to arrest, officers discovered a loaded Colt Junior cold .22 caliber handgun, serial number 18874 in Defendant's rear pocket and .8 grams of

methamphetamine in Defendant's front pants pocket.

6. The Dupo police officers had proper jurisdiction to arrest Defendant in Columbia, Illinois since the probable cause for the arrest arose from the June 21, 2017 offenses that were committed in Dupo, Illinois.

6. On February 10, 2015, Defendant was convicted of the felony offense of Possession of Weapon by Felon in St. Clair County, Illinois case number 14-CF-670.

7. Defendant's possession of the firearm and methamphetamine took place in the Southern District of Illinois.

8. The Colt Junior Cold .22 caliber firearm was manufactured outside of the State of Illinois and transported in interstate commerce.

**SO STIPULATED:**

LEE E. NICHOLS
Defendant

KRISTY RIDING
Attorney for Defendant

Date: 11/8/18

STEVEN D. WEINHOEFT
United States Attorney

CHRISTOPHER HOELL
Assistant United States Attorney

Date: 11/8/18