IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 17-cr-30153-SMY |
| | ) |
| LEE E. NICHOLS, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

**YANDLE, District Judge:**

Defendant Lee Nichols, currently incarcerated at USP McCreary, pleaded guilty under a plea agreement to possession of a firearm by a felon and possession of methamphetamine. Pending before the Court is Nichols' motion to enforce terms of plea agreement (Doc. 184).

Nichols asserts that the drug and anger management programs are unavailable at his current prison facility, and therefore, the Government has failed to fulfill its promise to "better his life". But the programs Nichols references were not a part of his plea agreement; they are included in the special conditions of his supervised release imposed by the Court. To the extent Nichols claims issues concerning his sentence, it will be addressed in the Eastern District of Kentucky (6:25-cv-0020)[1].

Accordingly, Lee Nichols' motion to enforce terms of plea agreement (Doc. 184) is **DENIED**. The motion to object the Court's construe of this order as a § 2255 motion (Doc. 186)

---

[1] On February 10, 2025, Nichols' Section 2241 *habeas* petition was transferred to the Eastern District of Kentucky. *Nichols v. Warden*, 3:25-cv-00031-SPM (S.D. Ill. Feb. 10, 2025).

is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

    **DATED:  April 2, 2025**

**STACI M. YANDLE**
**United States District Judge**